HILLSBOROUGH COUNTY v. JULIA I. DICKENSON, as Administratrix of the estate of W. A. Dickenson, deceased, and Julia I. Dickenson, individually.

169 So. 738.
Opinion Filed January 2, 1935.
On Rehearing August 4, 1936.

*John B. Sutton* and *Henry C. Tilman,* for Appellant;

*W. B. Dickenson* and *Edwin R. Dickenson,* for Appellees.

PER CURIAM.—The bill of complaint herein contains allegations which if duly proven would sustain orders and decrees for equitable relief appropriate to the issues that may be made and determined in due course, therefore the decree appealed from, entered November 24, 1933, dismissing the bill of complaint, is reversed and the cause is remanded for further proceedings.

It is so ordered.

WHITFIELD, C. J., TERRELL, BROWN, and BUFORD, J. J., concur.

DAVIS, C. J., disqualified.

ON REHEARING

TERRELL, J.—This case is here on rehearing in exactly the same situation as Hillsborough County, a Political Subdivision of the State of Florida, by and through W. T. Williams, as Chairman, W. T. Watkins, Charles T. Friend, J. W. Lester, and John T. Gunn, as Members of and Constituting the Board of County Commissioners of Hillsborough

County, Florida, v. W. A. Dickenson, Julia I. Dickenson, and Fidelity and Casualty Company of New York, a Corporation, decided this date, and being companion cases. The record and briefs of counsel have been examined and parallel questions are presented.

It follows that on rehearing our former judgment of reversal is rescinded and the judgment below is reversed in part and affirmed in part on authority of the companion case here cited.

Reversed in part, affirmed in part.

WHITFIELD, C. J., and ELLIS, and BUFORD, J. J., concur.

BROWN, J., dissents.

DAVIS, J., disqualified.